UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONDAUR CAPITAL CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>UZOMA G. NWAKUCHE,<br><br>        Defendant._____/ | Case No. C-10-4643 JCS<br><br><br>**ORDER TO SHOW CAUSE** |
| NWAKUCHE UG,<br><br>        Plaintiff,<br><br>    v.<br><br>MORTGAGE LENDER SERVICES, ET AL.,<br><br>        Defendant._____/ | Related Case No. C-10-4897 JCS |

    Plaintiff Kondaur Capital Corporation has filed a motion to remand Case No. C-10-4643 JCS to Contra Costa County Superior Court following Defendant Uzoma G. Nwakuche's removal to federal court on the ground that the action is related to a pending bankruptcy case. Related Case No. C-10-4897 was also removed on bankruptcy grounds.

    The parties are hereby ORDERED TO SHOW CAUSE these cases should not be transferred to the Bankruptcy Court for the Northern District of California, Oakland Division, for all further proceedings. The parties are hereby ordered to file a brief, limited to no more than five (5) pages in length, on or before Monday February 14, 2011. The hearing on this Order to Show Cause is

scheduled for February 18, 2011, the date originally set for the Plaintiff's Motion to Remand. The Plaintiff's Motion to Remand is off calendar, pending determination of this Court's Order to Show Cause.

IT IS SO ORDERED.

Dated: February 9, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge