UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONDAUR CAPITAL CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>UZOMA G. NWAKUCHE,<br><br>      Defendant.<br>_____/ | Case No. C-10-4643 JCS<br><br>**ORDER TRANSFERRING C-10-4897 TO BANKRUPTCY COURT, OAKLAND DIVISION** |
| NWAKUCHE UG,<br><br>      Plaintiff,<br><br>  v.<br><br>MORTGAGE LENDER SERVICES, ET AL.,<br><br>      Defendant.<br>_____/ | Related Case No. C-10-4897 JCS |

    Defendant Countrywide Home Loan Servicing, LP, Countrywide Home Loans, Inc., and Countrywide Financial Corporation (collectively "Countrywide") and proposed Intervenor Kondaur Capital Corporation have filed motions to dismiss Case No. C-10-4897 JCS. Plaintiff Uzoma Nwakuche removed the matter to this Court on the ground that it is related to a pending bankruptcy case. A hearing was held on February 18, 2011 at 9:30 a.m., at which Plaintiff and counsel for Kondaur Capital appeared telephonically.[1]

---

[1] Counsel for Defendant Countrywide appeared in person.

For the reasons stated on the record at the hearing, Case No. 10-4897 is hereby TRANSFERRED to the Bankruptcy Court for the Northern District of California, Oakland Division, for all further proceedings.

IT IS SO ORDERED.

Dated: February 18, 2011

JOSEPH C. SPERO
United States Magistrate Judge